THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:19CR141 |
| | § | |
| DAVID KEITH STANFIELD | § | |

## REPORT AND RECOMMENDATION ON DEFENDANT'S COMPETENCY TO STAND TRIAL

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States Magistrate Judge.

On July 24, 2019, Defendant's counsel filed an Unopposed Motion for Psychological and/or Psychiatric Examination [Dkt. 29] seeking a psychiatric examination pursuant to 18 U.S.C. § 4241 at an appropriate Bureau of Prisons facility, and that a psychiatric report of findings be filed with the Court consistent with 18 U.S.C. §§ 4241 and 4247. The Court granted the motion on July 30, 2019 [Dkt. 31]. The Defendant was subsequently evaluated by Dr. Danielle Powers whose report is dated September 10, 2019 [Dkt. 35]. The Court received the report from the Bureau of Prisons on or about September 25, 2019, and copies have been furnished to the Assistant United States Attorney and defense counsel.

A competency hearing was conducted on October 4, 2019, before U.S. Magistrate Judge Christine A. Nowak, where the report was admitted into evidence under seal. At the hearing, Defendant appeared in court with his counsel, Denise Benson. Defendant was given the opportunity to present evidence and call witnesses. Defendant did not offer any witnesses or evidence. Moreover, Defendant did not present any objections to the report, including Dr. Powers' opinion on competency. The Government also did not object to the report findings.

Dr. Powers' report concludes that Defendant is competent to stand trial, including specifically, "the defendant does not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense." The undersigned considered the report and concludes that Defendant is not mentally incompetent and is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Defendant has a rational and factual understanding of the proceedings against him and has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. 18 U.S.C. §4241(d); see also Dusky v. United States, 362 U.S. 402 (1960).

## RECOMMENDATION

For the foregoing reasons, the Court recommends that Defendant be found competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241. It is further recommended that the speedy trial time be excluded from July 24, 2019 (the date the Defendant filed the Motion for Psychological and/or Psychiatric Examination), until the date on which the District Judge signs the order adopting this report and recommendation.

Both Parties waived the fourteen (14) day objection period.
**SIGNED this 7th day of October, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE