# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NUMBER 4:19-CR-00141 |
| DAVID KEITH STANFIELD | § § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The Court referred this matter to the United States Magistrate Judge Christine A. Nowak pursuant to 28 U.S.C. §636(b) and Local Rules for the United States District Court for the Eastern District of Texas to determine competency. Judge Nowak conducted a hearing in the form and manner prescribed by 18 U.S.C. §4247(d) and issued her Report and Recommendation on the Defendant's competency to stand trial (Dkt. #37). The Magistrate Judge recommended that the Court find Defendant competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. *See* 18 U.S.C. § 4241.

The Parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Christine A. Nowak is **ADOPTED**.

It is further **ORDERED** that in accordance with the Defendant's competency to stand trial the Court finds the Defendant is competent. The speedy trial time is excluded from July 24, 2019, until the date of this Order.

**So ORDERED and SIGNED this 18th day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE